UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIFF TAYLOR,<br><br>    Petitioner,<br><br>  v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent.<br>_____ | NO. EDCV 15-1496-JFW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Motion To Dismiss and related briefing, Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\

\\

\\

Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss is GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing Ground One of the Petition without, and Ground Two of the Petition with, prejudice.

DATED: July 20, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE