JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIFF TAYLOR, | NO. EDCV 15-1496-JFW (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted, Ground One of the Petition is dismissed without prejudice, and Ground Two is dismissed with prejudice.

DATED:   July 20, 2016

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE